# Exhibit 1

iCloud Photos

January 3, 2022, 5 20 58 PM
5 o 23

Sgn n

Posts

94 lil es

roic yogirl Throwback 😝 🤘 🇺🇸 🇺🇸 🇺🇸

View all 79 comments

**alecbaldwininsta** Are you the same woman that I sent the $ to for your sister's husband who was killed during the Afghanistan exit

2 days ago


1:02
39%
Alec Baldwin
alecbaldwininsta
Our pleasure
Jan 3, 1:04 PM
When I sent you the $ for your late brother, out of a real respect for his service to our country, I didn't know you were a January 6th rioter
Protesting is perfectly legal in the country and I've already had my sit down with the fbi. Thanks, have a nice day!
I don't think so.
Your brother fought for this country bravely and honestly
Your activities resulted in the unlawful destruction of government property, the death of a law enforcement officer, an assault on the certification of the presidential election.
I reposted your photo
Good luck
Message...



**alecbaldwininsta** I will take this down tomorrow.

Lots of Trumpsters chiming in here with the current cry that the attack on the Capitol was a protest, (a more peaceful form of which got a lot of other protestors imprisoned) and an exercise in democracy. That's bullshit.

The party that has reflexively railed on behalf of Law enforcement-Support the Troops-Jesus watched the Capitol police get beaten, one killed, and called it their right.

I've said it before. The Republican that can lead the GOP away from this maniac will go down in history as a hero.

There's an interesting story here...

So, I read in The Times, I believe, the story about the soldiers that died at the Kabul airport.

I did some research.

I found, on IG, that this woman is the brother of one of the men who was killed

I offered to send her sister-in-law some $ as a tribute to her late brother, his widow and their child.

Which I did. As a tribute to a fallen soldier.

Then I find this.

Truth is stranger than fiction.

6:36

Comments

is the symbol for white supremacy.

9h

[redacted] @alecbaldwininsta what happened to that post you made yesterday???

8h 3 likes Reply

View 5 previous replies

alecbaldwininsta
@roice_wyogirl
that is not true.
There are hateful things posted toward you that are wrong.
Irony was my point.
The irony of sincerely wanting to honor your brother and the fact that you are an insurrectionist.
Irony: "the use of words that mean the opposite of what you really think especially in order to be funny"
(Merriam Webster)

3h 13 likes Reply

View 3 more replies

[redacted] Freedom of speech doesn't mean freedom of





iCloud Photos
January 3, 2022, 5 07 01 PM
3 o 23
Sign in
5:07
Instagram
View Profile
Today 1:11 PM
Get raped and die, worthless cunt😘Your brother got what he deserved
Visit the COVID-19 Information Center for vaccine resources.
33 likes
roice_wyogirl Thanks for the follow Alec. ✌
View all 42 comments
alecbaldwininsta I find that abhorrent
My feelings were expressed by my gesture on behalf of your brother.

iCloud Photos

January 3, 2022, 5 18 22 PM
4 o 23

S gn n

roice_wyogirl

Ally

Yo[redacted]agram

View Profile

Today 1:11 PM

Get raped and die, worthless cunt😘Your brother got what he deserved

Visit the COVID-19 Information Center for vaccine resources.


iCloud Photos
January 4, 2022, 3 05 13 AM
20 o 23
S gn n
3:05
Comments
e So would you not have given her money if you knew she politically disagreed with you? Also are you really surprised that a military family supports Trump. I know the bubble you live in is tiny but holy shit
7h 5 likes Reply
You regret donating to her soldier brother that died because of her political beliefs? What a joke.
7h 13 likes Reply
alecbaldwininsta @kgmorgann no. Because she participated in the insurrection
6h 90 likes Reply
View 7 more replies
So you wouldn't help his family just because they are trump supporters? I think if it depends on your political view is not help, is propaganda, I thought you democrats were including and care about everyone and I mean everyone, I guess you just give me the reason with this post


iCloud Photos
January 4, 2022, 3 06 14 AM
22 o 23
S gn n
3:06
Comments
exdemocrat313 So, you're saying you would deny a dead man's family help due to your political view?????? People like you is why I lost all faith in Democrats 😢😢
6h 11 likes Reply
alecbaldwininsta
@exdemocrat313 but I didn't say that. I gratefully supported the gofundme campaign while simultaneously not knowing the woman I approached is an insurrectionist.
I think that's...remarkable.
6h 200 likes Reply
_fateisabluebird_
@exdemocrat313 shut up. He has no obligation to send his money to anyone in the first place- to find out he sent money to someone who holds responsibility for the death of others would be gutting. She doesn't deserve his kindness.
6h 26 likes Reply

17:36 LTE

Post



@1099_officework well the terrorists killed a cop that day, the cops shot a terrorist, so that's 2, then 4 more officers killed themselves as a direct result of the trauma they suffered that day, since you have trouble counting that's 6 deaths due to this terrorist act

10h 3 likes Reply



those "peaceful protestors" beat a cop to death, and traumatized 4 other officers so badly that they took their own lives. Yet all you care about is a burned down Walgreens. Disgusting 🚽

10h 3 likes Reply



@chi_wyomom22 fact: your sister has 2 recent posts flashing the white supremacy hand sign, that's all I need to declare her garbage 🗑️ we fought a war against people that think like this, I for one am ready for Round 2 of nazi-punching 👊


17:36
LTE
Post
@alecbaldwininsta your heart was in the right place Alec . She has made a mockery of her brother's memory and sacrifice with that disgraceful post .
20h 15 likes Reply
nah. I'm here from a large forum about doxxing the terrorists that were there. Currently in stage 1, info gathering. We have id'd far more people who have been charged, and are compling a list to release for "American justice".
19h 4 likes Reply


17:32 LTE

# Post

[redacted] @chi_wyomom22 maybe a stranger shouldn't be open to the public if they don't want comments. As for dm's, how would I know the whole story if they're dm's?

1d 12 likes Reply

**chi_wyomom22** @trish_wehring which is what leads us right back to the assumptions. My post stated facts and truth. Maybe rather that being defensive of a celebrity you also probably don't know (this I am assuming) look at the horrible messages we are receiving about my brothers death. The only reason Alec is involved is because he chose to go public with it. And now we are receiving threats and horrible messages.

1d 8 likes Reply

[redacted] he gave money. I think he has the right to know if it's the same person. I think the insurrection was a disgusting way to treat our

Add a comment...


17:32
LTE
Post
@mrs_melanieflores he gave money. I think he has the right to know if it's the same person. I think the insurrection was a disgusting way to treat our country. We all have opinions. Not only yours are correct. Your IQ is showing.
1d 32 likes Reply
@alecbaldwininsta I can't believe this. She is proud of destroying our country ? Did I miss something here? My goodness 😟
1d 23 likes Reply

17:32 LTE

Post

[redacted] @chi_wyomom22 this isn't about him for me. It's about her actions, involvement and motives being involved in the insurrection. Of course I'm sorry about your brother's death but in the same way you say he went public, why is her page open to the public? Why am I even able to comment on this? Blaming him for going public because he happens to be a celebrity doesn't mean she's right because we're only learning of her now. Her page is also public. She either wants to be known or not. Can't have both. Can't attack our country and cry it's for our country.

1d 15 likes Reply


17:17
LTE
Post
@roice_wyogirl you are white supremacy.
22h 8 likes Reply
you were there?
21h 1 like Reply
@roice_wyogirl YOU SAY THIS ABOUT @alecbaldwininsta AND YET YOU WERE SO QUICK TO TAKE MONEY FROM HIM? IS THAT HOW IT WENT DOWN? IF IT IS, YOU'RE DISGUSTING, AND YOU ARE ARE ERASING YOUR BROTHER'S LEGACY.
21h 10 likes Reply
chi_wyomom22 Pay attention and you'll see she didn't take anything from him. He gave it to our sister-in-law. The 8 month pregnant woman who lost her husband and the father of her unborn child. Who had absolutely nothing to do with my sister going to the capital.


17:17
LTE
Post
@chi_wyomom22 Is your whole family the same? Were they all insurrectionists? Do they all preach hate against @alecbaldwininsta ?
20h 4 likes Reply


Post
chi_wyomom22 @bellafoxjr I stand up for my family as I'm sure you do for your.
20h 3 likes Reply
well sad !
20h Reply
@roice_wyogirl you're going to jail for your participation in an insurrection on the US Government. 😂😂😂😂😂
20h 2 likes Reply

17:23 LTE

Post

_[redacted] @chi_wyomom22 let's say someone died at war and left their wife and child alone. People would donate so they can get by with a little more help but then you find out they partake in ISIS. You wouldn't feel right helping and giving money to ISIS, right?

19h 3 likes Reply

chi_wyomom22 [redacted] The is so far beyond what happened here it dumb. My sister-in-law has absolutely nothing to do with my sister going. No money went to support people at the capital?

19h 1 like Reply

17:23 LTE

Post

19h 1 like Reply

@chi_wyomom22
Honey, I'm having trouble reading your reply because it is poorly written. What I see that you're trying to say is that your sister-in-law has no connection to what your sister did at the capital. I know that, BUT they are on the same boat because it seems like they have a similar political stands and some people who don't agree with your family on politics just wouldn't want to support that kind of people. Especially if they partook in terrorism. Now answer the question: if you found out that the money you donated went to a mother and child whose husband was part of ISIS and that now widowed mother and their family stand with ISIS you wouldn't feel right to donate to them?

19h 1 like Reply

@chi_wyomom22
your brother fought for oil.
#HopeThisHelps

19h 3 likes Reply


17:25
LTE
Post
Someone losing a sibling is not an excuse to be an a**hole traitor nor does it give her special status over other Americans. Trying to overthrow the government has consequences.
18h 5 likes Reply
@chi_wyomom22 whatever. Do you stand up for those members of your family that crashed the Capitol on Jan.6? You proud of them too?
16h Reply
@jane.vick.jaidi ❄️❄️
16h Reply
@roice_wyogirl so are the orange followers 😘
13h Reply
@jane.vick.jaidi that's exactly why her brother died to protect that opposing commenter, yours, mine! He sold his life to the government to be used and

17:25 LTE

Post



[redacted] that's exactly why her brother died to protect that opposing commenter, yours, mine! He sold his life to the government to be used and experimented, because yes they're given experimental vaccines, too

9h Reply



[redacted] the thing is this soldiers sisters was defending a guy who goes against any kind of "help" to the less fortunate. They're always bullying the "liberal socialist" yet when they need help they beg for money on-a socialist crowdfunding website and sympathy

9h Reply



[redacted] @roice_wyogirl let me guess you also applauded life @aborter baby boy kylo rittenhouse? Huh?

9h Reply


17:13 LTE

# Post

[redacted] @chi_wyomom22 imagine being so simple that you believe soldiers fight "for freedom" 😂 Soldiers (especially Americans) fight for way less noble ideas, determined by old corrupt politicians and lobbyists.

1d 16 likes Reply

[redacted] @chi_wyomom22 no I think I have it right

1d 1 like Reply

**chi_wyomom22** [redacted] well that's cool.

1d Reply

[redacted] @chi_wyomom22 I would just send Alec Baldwin the money back. I'm going to unfollow him. Have you thought of returning the money?

1d 7 likes Reply

**chi_wyomom22** [redacted] I don't even have it. It went to my sister-in-law. But she also has mentioned that.

[redacted]

Add a comment...


4:18
DISINFORMATION IS DEADLY
VACCINES SAVE LIVES
0
Posts
63
Followers
294
Following
Ally
Followed by alecbaldwininsta
Follow
Message



No Posts Yet

